FILED
SEP 02 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:26CR00396 |
| CHRISTIAN LEE JONES, | ) | Title 18, United States Code, Sections 2119(1) and 924(c)(1)(A)(ii) |
| Defendant. | ) | JUDGE RUIZ |

COUNT 1
(Carjacking, in violation of 18 U.S.C. § 2119(1))

The Grand Jury charges:

1. On or about August 12, 2026, in the Northern District of Ohio, Eastern Division, Defendant, CHRISTIAN LEE JONES, with the intent to cause death and serious bodily harm, did take a motor vehicle (to wit: a 2014 Kia Forte) that had been transported, shipped, and received in interstate commerce from the person or presence of another by force, violence, and intimidation, in violation of Title 18, United States Code, Section 2119(1).

COUNT 2
(Using or Carrying, and Brandishing a Firearm During and in Relation to a Crime of Violence, in violation of 18 U.S.C. § 924(c)(1)(A)(ii))

The Grand Jury further charges:

2. On or about August 12, 2026, in the Northern District of Ohio, Eastern Division, Defendant, CHRISTIAN LEE JONES, did use and carry a firearm, during and in relation to a crime of violence, which may be prosecuted in a court of the United States, to wit: Carjacking, a violation of Title 18, United States Code Section 2119(1), as charged in Count 1 of the

indictment, and further did brandish said firearm, all in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.